## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

KELLY LEGERE,          )

           )

      PLAINTIFF,       )         CASE NO.: 1:23-CV-2241

           )

v.                 )         JUDGE JAMES S. GWIN

           )

ADVANCED BEHAVIORAL THERAPY    )         JUDGMENT

OH LLC,        )

           )

      DEFENDANT.     )


The Court entered an Order on March 25, 2024. Accordingly, the

Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**


Dated: March 25, 2024                *s/    James S. Gwin*

                               JAMES S. GWIN

                               UNITED STATES DISTRICT JUDGE